UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SANDRA MROSS                                                                    PLAINTIFF

V.                               NO. 3:17-CV-00290-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                                  DEFENDANT

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Extend Time to file an appellate brief. For good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion (*doc. 11*) is GRANTED. The Court's Scheduling Order (*doc. 9*) is modified to provide that Plaintiff's brief is due no later than **March 22, 2018.** Defendant's brief is due within forty-two (42) days after service of Plaintiff's brief.

Dated this 22nd day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE