UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**SANDRA MROSS**                                                            **PLAINTIFF**

**V.**                      **NO. 3:17CV00290-JTR**

**NANCY A. BERRYHILL,**
**Deputy Commissioner for Operations,**
**performing the duties and functions not reserved**
**to the Commissioner of Social Security**            **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. ' 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 7th day of November, 2018.

_____
UNITED STATES MAGISTRATE JUDGE